UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Chinnici

                v.

Bruce Pelkie, Superintendent,     Case No. 15-cv-124-SM
Strafford County Department of
Corrections

O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 16, 2015, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    Mr. Chinnici was released from the custody of the U.S. Bureau of Prisons on July 21, 2015.  Accordingly, his Petition for Writ of Habeas Corpus (doc. no. 1), as well as his motion

for release (doc. no.6), are denied as moot.  The Court also denies as moot Respondent's Motion for Summary Judgment (doc. no. 15).

The Clerk's Office is instructed to enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: August 6, 2015

cc:   John Chinnici, pro se
      Seth R. Aframe, Esq.
      Thomas P. Velardi, Esq.